July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JANICE JACKSON AND ALL OCCUPANTS, Appellants

NO. 14-13-00304-CV             V.

HREAL COMPANY, LLC, Appellee

_____

       Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 25, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that all costs incurred by reason of this appeal be paid by appellants, Janice Jackson and all occupants, jointly and severally.

       We further order this decision certified below for observance.